UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JEROME EASTER, | Case No. 19-07170 BLF (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN ROBERT NEUSCHNID, | |
| Respondent. | |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __**May 6, 2020**_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.19\07170Easter_LR3-11-Judgment.docx